UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER GUIDRY & JAMIE GUIDRY** | * | CIVIL ACTION |
| | * | |
| Plaintiffs | * | |
| | * | NO. 23-5142 |
| VERSUS | * | |
| | * | JUDGE |
| | * | |
| AMERICAN MODERN PROPERTY AND | * | |
| CASUALTY INSURANCE COMPANY | * | MAGISTRATE JUDGE |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

### NOTICE OF REMOVAL

Defendant, American Modern Property and Casualty Insurance Company ("American Modern"), appearing through undersigned counsel with a full reservation of rights, files this notice of removal of the above captioned action to the United States District Court for the Eastern District of Louisiana, from the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, *et seq.*, and respectfully shows the following:

1.

On or about July 31, 2023, plaintiffs, Peter Guidry and Jamie Guidry, filed this action in the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana, entitled "*Peter Guidry & Jamie Guidry v. American Modern Property and Casualty Insurance Company*," (the "Petition") bearing Docket Number H-147755, Div. E. (A true and correct copy of the Petition is attached hereto in accordance with 28 U.S.C. § 1446(a) as **Exhibit "1"**).

2.

American Modern, the only named defendant, was served through the Louisiana Secretary of State on August 11, 2023. A true and correct copy is attached hereto as **Exhibit "2."** Thus, this Notice of Removal of the case to the United States District Court is timely filed, with it being filed no more than thirty (30) days after service of the Petition, in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

This Court has original jurisdiction over this matter under 28 U.S.C. § 1332, as this is a civil action between citizens of different states and the matter in controversy, on information and belief, exceeds $75,000.00 exclusive of interest and costs.

4.

The plaintiffs are citizens of the State of Louisiana. *See* Exhibit "1," Petition, ¶ 1. American Modern is an Ohio corporation with its principal place of business in Cincinnati, Ohio. There are no other defendants. Therefore, there is complete diversity between plaintiffs and defendant.

5.

Further, the matter in controversy, on information and belief, exceeds $75,000.00 exclusive of interest and costs. In the Petition, Plaintiffs allege that American Modern provided a policy of insurance to Plaintiffs for the property located at 319 Plaisance Drive, Raceland, Louisiana 70394 (the "Property"). *See* Exhibit "1," Petition, ¶¶ 5–6. Plaintiffs further allege that the Property sustained damages on or about August 29, 2021, as a result of Hurricane Ida. *See* Exhibit "1," Petition, ¶¶ 7-16. Plaintiffs allege that American Modern has failed to adequately compensate

Plaintiffs for their purported losses, leaving the Property in a state of disrepair. *See* Exhibit "1," Petition ¶¶ 10, 15, 17, 19-22. According to Plaintiffs, American Modern's failure to timely tender adequate funds under the policy for their loss is a breach of the insurance contract. *See* Exhibit "1," Petition ¶¶ 33-43. Notably, Plaintiffs allege that they have sustained damages in the amount of $286,358.11 in damages, with additional claimed damages for "packing, handling, and storage of Contents" in the amount of $24,666.89. *See* Exhibit "1," Petition ¶ 11. Accordingly, it is apparent from both the Petition and the facts of this case, that the amount in controversy far exceeds $75,000, exclusive of interest and costs.

6.

Plaintiffs further allege that American Modern's failure to timely and adequately compensate Plaintiffs for their losses under the policy was arbitrary, capricious, and without probable cause entitling Plaintiffs to penalties, including fifty percent damages, interest and attorneys' fees under La. R.S. § 22:1892 and/or damages sustained as a result of the breach, two times actual damages sustained, and attorneys' fees under La. R.S. § 22:1973. *See* Exhibit "1," Petition, ¶¶ 44–55.

8.

Thus, this Court has original jurisdiction over this action, and this case may be properly removed to this Court pursuant to 28 U.S.C. § 1441(a), in that the captioned matter is a "civil action where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332(a). Moreover, the amount in controversy threshold is clearly met through the allegations contained in the Petition and facts of this case.

9.

American Modern has provided notice to Plaintiffs through delivery of a copy of this Notice and the state court Notice of Filing of Notice of Removal to Plaintiffs' counsel of record and has also provided notice to the Clerk of Court for Seventeenth Judicial District Court for the Parish of Lafourche through the filing of this Notice and the Notice of Filing of Notice of Removal into the record of the state court action.  (A true and correct copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit "3."**).

WHEREFORE, defendant, American Modern Property and Casualty Insurance Company, prays that this matter be removed to the United States District Court for the Eastern District of Louisiana, for further proceedings and disposition.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

BY:      /s/   *Tessa Vorhaben*
MATTHEW A. WOOLF (#27146)
TESSA P. VORHABEN (#31293)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
Email     mwoolf@bakerdonelson.com
             tvorhaben@bakerdonelson.com

**ATTORNEYS FOR AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 8th day of September 2023, a true and correct copy of the foregoing pleading has been served on all counsel of record via electronic mail or U.S. Mail, properly addressed and first-class postage prepaid.

                                                */s/ Tessa P. Vorhaben*
                                                TESSA P. VORHABEN